I respectfully dissent from the main opinion. I agree with the trial court that the circumstances of this case are distinguishable from the following cases on which the main opinion relies: Clay Kilgore Constr., Inc. v.Buchalter/Grant, L.L.C., 949 So.2d 893 (Ala. 2006);Moore v. Prudential Residential Servs. Ltd. P'ship,849 So.2d 914 (Ala. 2002); Leatherwood, Inc. v. Baker,619 So.2d 1273 (Ala. 1992); Haygood v. Burl Pounders Realty,Inc., 571 So.2d 1086 (Ala. 1990); and Massey v. WeeksRealty Co., 511 So.2d 171 (Ala. 1987).